No. 72–5233. PADILLA-PARTIDA *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 72–5235. SZCZYTKO *v.* JOHNSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 72–5237. CHISUM *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–5241. JERKINS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5242. GOODMAN *v.* PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 72–5245. STARNES *v.* CONNETT, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 72–5246. LUCCHETTI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–5248. THOMAS *v.* NELSON, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 72–5249. PEAPER *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 72–5250. GABBARD *v.* GABBARD. Ct. App. Ky. Certiorari denied.

No. 72–5251. PARKER *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 72–5255. KIRK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 72–5263. VALENTINE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.